(129 So. 312)

## PARRISH v. STATE.

### 8 Div. 896.

Court of Appeals of Alabama.
June 17, 1930.

Jas. C. Roberts, of Florence, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.

There is nothing in this record to show jurisdiction of this case in the circuit court of Colbert county, and for that reason, if for no other, the judgment must be reversed. May v. State, 22 Ala. App. 515, 117 So. 499; Willis v. State, 22 Ala. App. 478, 117 So. 2; Holliday v. State, 22 Ala. App. 267, 114 So. 674; Miller v. State, 20 Ala. App. 625, 104 So. 775; Hall v. State, 19 Ala. App. 178, 95 So. 904; Mims v. State, 17 Ala. App. 276, 84 So. 394;

Guin v. State, 17 Ala. App. 293, 84 So. 863; Peebles v. State, 17 Ala. App. 430, 84 So. 859; Latikos v. State, 17 Ala. App. 655, 88 So. 47.

The judgment is reversed, and the cause is remanded.

Reversed and remanded.